**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**04-1055**

**LINDA PATTERSON**

**VERSUS**

**SYVIEL JEANE**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 72572
HONORABLE LESTER P. KEES, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**JOHN B. SCOFIELD
JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and John B. Scofield, Judges.

**AFFIRMED.**

**William Daniel Dyess
P.O. Drawer 420
Many, LA 71449
Counsel for Defendant-Appellee**
  Syviel Jeane

**Mitchel M. Evans
P. O. Drawer 28
DeRidder, LA 70634
Counsel for Plaintiff-Appellant**
  Linda Patterson